Ezell **GILBERT**, Petitioner–Appellant,

v.

**UNITED STATES of America,**
Respondent–Appellee.

No. 09–12513.

United States Court of Appeals,
Eleventh Circuit.

July 1, 2010.

George Allen Couture, Stephen J. Langs and Rosemary T. Cakmis, Fed. Pub. Defenders, Orlando, FL, for Gilbert.

Michael A. Rotker, U.S. Dept. of Justice, Crim. Div., Washington, DC, David Paul Rhodes and Linda Julin McNamara, Tampa, FL, for U.S.

Before DUBINA, Chief Judge, and MARTIN and HILL, Circuit Judges.

BY THE COURT:

Presently before the court are:

1. Motion by Defendant/Appellant Gilbert for Release Pending Appeal/Remand;

2. United States' Response to Gilbert's Motion for Release Pending Appeal/Remand;

3. United States' Unopposed Motion for Immediate Stay of the Mandate Pending Final Disposition of Possible Petition for Rehearing En Banc; and,

4. Appellant Gilbert's Response to the Government's Motion to Stay the Mandate.

We deal with these motions and responses as follows:

1. Defendant/Appellant Gilbert's Motion for Release Pending Appeal/Remand is GRANTED. The motion and this order are remanded to the district court for the district court, expeditiously, to impose conditions, if any, upon Gilbert's release.

2. Inasmuch as a judge of this Court has caused the mandate to be held, the Government's motion for immediate stay of the mandate is DENIED, AS MOOT.